# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| VERTEX TOWER ASSETS, LLC | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )  Civil Action No. 1:21-cv-00417 |
|  | ) |
| TOWN OF THORNTON, NEW HAMPSHIRE, and PLANNING BOARD of the TOWN OF THORNTON, NEW HAMPSHIRE | ) |
|  | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties to the above-captioned action, by and through their respective attorneys, and hereby stipulate and agree that the action and all claims asserted therein shall be voluntarily DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and attorneys' fees.

    Respectfully Submitted,

    VERTEX TOWER ASSETS, LLC

    By its attorneys,

Dated: October 12, 2021    */s/ William J. Dodge*
    William J. Dodge (NH No. 16395)
    wdodge@drm.com
    Downs Rachlin Martin PLLC
    P.O. Box 190, 199 Main Street
    Burlington, Vermont 05402-0190
    Telephone: (802) 863-2375

TOWN OF THORNTON, NEW HAMPSHIRE, and
PLANNING BOARDof the TOWN OF THORNTON,
NEW HAMPSHIRE
By its attorney,

Dated: October 12, 2021　　　*/s/ Matthew R. Serge*
　　　　　　　　　　　　　　　Matthew R. Serge
　　　　　　　　　　　　　　　MSerge@dwmlaw.com
　　　　　　　　　　　　　　　Drummond Woodsum Attorneys at Law
　　　　　　　　　　　　　　　670 N. Commercial Street, Suite 207
　　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　　603.792.7416

2

Downs
Rachlin
Martin PLLC

## **CERTIFICATE OF SERVICE**

I, William J. Dodge, Esq, counsel for Plaintiff Vertex Tower Assets, LLC, do hereby certify that I caused a copy of the filed Stipulation of Dismissal with Prejudice to be delivered via the Court's ECF system as well as electronic mail on the counsel of record as follows: Attorney Matthew Serge at mserge@dwmlaw.com

*/s/ William J. Dodge*
William J. Dodge (NH No. 16395)

20931658.1